**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GILBERTO VALLE,<br>Defendant. | Case No. 2:21-cr-00071-ART-DJA-1<br>**ORDER** |

Based on the pending Stipulation of counsel (ECF No. 62), and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, November 19, 2026 at 11:00 a.m., be vacated and continued to Thursday, January 21, 2027, at 2:00 p.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

DATED this 17th day of November 2026.

Anne R. Traum
United States District Judge